LAW OFFICE OF WILLIAM F. HORN
Corp/Business Service

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**


*3901*

**AFFIDAVIT OF SERVICE**

Index no : CV 12-680
LAW OFFICE OF
WILLIAM F. HORN
188-01B 71ST CRESCENT
FRESH MEADOWS, NY
11365 WeFile: NO

| | |
|---|---|
| Plaintiff: | JEANETTE ZIROGIANNIS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED |
| Defendant: | MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; TODD FABACHER; ET AL |

STATE OF NEW YORK COUNTY OF SUFFOLK ss:

**Nasser Atrash**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **02/29/2012** at **1:37 PM**, I served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **TODD FABACHER** a domestic corporation (one of) the **Defendant** at **5 HANDOVER SQUARE, 8TH FLOOR, NEW YORK, NY 10004** in the manner indicated below:

By delivering to and leaving personally with **Maria jaewanand, AUTHORIZED AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Brown | Black | 25 | 5ft. 4 in – 5 ft. 8 | 100–130 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
03/02/2012

_____
Notary Public,

X _____
Nasser Atrash
License#: 1295969



Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6093096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 2014

Affidavit Compiled by:
**Professional Process Servers LLC**
Distributed For Service By:
Guardian Process Service Inc.
P.O. Box 1209 Smithtown, NY 11787
Lic. # 1407354

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| JEANETTE ZIROGIANNIS, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>MEL S. HARRIS AND ASSOCIATES LLC; MEL S. HARRIS; TODD FABACHER; et al.<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. CV 12- 680<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TODD FABACHER
9 Mortimer Drive
Old Greenwich, Connecticut 06870-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

William F. Horn, Esq.
LAW OFFICE OF WILLIAM F. HORN
188-01B 71st Crescent
Fresh Meadows, NY 11365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 10 2012

*Signature of Clerk or Deputy Clerk*