UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
JEANETTE ZIROGIANNIS,
                   Plaintiff,                    NOTICE OF APPEARANCE

                                                                                       12 CV 680

         -against-

MEL S. HARRIS AND ASSOCIATES LLC., MEL
S. HARRIS, TODD FABACHER HILARY F.
KORMAN, MEL HARRIS JOHN/JANE DOES 1-
20, LEUCADIA NATIONAL CORPORATION, LR
CREDIT 20, LLC., LR CREDIT 22, LLC.,
JOSEPH A. ORLANDO, PHILIP M. CANNELLA,
LR CREDIT JOHN/JANE DOES 1-20
                     Defendant(s).

------------------------------------------X
S I R S:

       PLEASE TAKE NOTICE, that the undersigned, hereby appears as counsel for defendants MEL S. HARRIS AND ASSOCIATES LLC., MEL S. HARRIS, TODD FABACHER HILARY F. KORMAN, MEL HARRIS JOHN/JANE DOES 1-20, LEUCADIA NATIONAL CORPORATION, LR CREDIT 20, LLC., LR CREDIT 22, LLC., JOSEPH A. ORLANDO, PHILIP M. CANNELLA, LR CREDIT JOHN/JANE DOES 1-20 and hereby requests that copies of all documents filed in this action be served upon the undersigned at address stated below.


Dated:   New York, NY
          April 9, 2012

                                                           Mel S. Harris & Associates
                                                           By: Arthur Sanders
                                                           Attorney for Defendants
                                                           5 Hanover Square, 8th Fl.
                                                           New York, NY 10004