# Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
bill@wfhlegal.com

November 2, 2012

Hon. Joseph F. Bianco, U.S.D.J.
UNITED STATES DISTRICT COURT
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Zirogiannis, et al. v. Mel Harris & Associates, LLC, et al.*
             E.D.N.Y. Case. No.: 2:12-cv-00680-JFB-ARL

Dear Judge Bianco:

I am co-counsel for the Plaintiffs in the above-referenced matter. I am writing pursuant to Your Honor's directive that Plaintiff's counsel provide the Court with a letter regarding the status of the referenced case.

I am pleased to inform the Court that the Parties have reached an agreement on all material terms to resolve this case on a class basis pursuant to Fed. R. Civ. P. 23(b)(3); however, Defendant's counsel has recently advised that he believes there are "some procedural issues to be resolved with respect to the settlement agreement itself," which he believes the Parties need to discuss prior to filing a motion for class certification.

In light of the recent weather events, Plaintiff respectfully requests that the Court permit them until November 16, 2012, to address Defendant's remaining concerns and for Plaintiff to file her Motion for Class Certification.

The Plaintiff thanks the Court for its consideration of this matter.

Very truly yours,

*/s/ William F. Horn*

William F. Horn
*via ECF Filing Only*
    cc:    All Attorneys of Record *via ECF Filing*