**CIVIL CAUSE FOR FINAL APPROVAL HEARING**

BEFORE JUDGE BIANCO

DATE: 5-3-13    TIME: 2:04 P.M.    TIME IN COURT: 12 min.

CASE NUMBER: CV 12-0680

TITLE: **Zirogiannis v. Mel Harris and Associates**

PLTFFS ATTY: William Horn and Robert Arleo

DEFTS ATTY: Arthur Sanders

FTR RECORDER: 2:04-2:16    COURTROOM DEPUTY: Michele Savona

OTHER: 

_X_ CASE CALLED.

_X_ CONF HELD

___ ARGUMENT HEARD / CONT'D TO _____.

_X_ DECISION: Approval of the Class settlement agreement is granted.

**OTHER**